# Court of Appeals
# of the State of Georgia

ATLANTA,___June 11, 2014_____

*The Court of Appeals hereby passes the following order:*

**A14D0377.  IN THE INTEREST OF: M. X. Z. P., A CHILD (FATHER).**

Henry Boren seeks discretionary appellate review of a juvenile court order terminating his parental rights, which was entered on July 3, 2013.  On August 2, 2013, Boren filed a motion to vacate asking for reconsideration of the juvenile court's order.  On April 17, 2014, the court denied his motion.  On May 22, 2014, Boren filed this application for discretionary appeal.  We lack jurisdiction.

An application for discretionary appeal must be filed within 30 days of entry of the challenged order. OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, Boren filed his application more than 30 days after the termination order was entered.  And although he filed a motion to vacate, which was in substance a motion for reconsideration, such a motion does not extend the time to appeal.  See *Savage v. Newsome*, 173 Ga. App. 271 (326 SE2d 5) (1985); see also *Harris v. State*, 278 Ga. 280, 282, n.3 (600 SE2d 592) (2004) ("a motion to reconsider does not toll the time for filing an application to appeal.").  Accordingly, we lack jurisdiction to review the termination order.

In addition, an order denying a motion for reconsideration is not, itself, an appealable decision.  See *Savage*, supra.  Accordingly, we also lack jurisdiction to review the juvenile court's April 17, 2014, order denying Boren's motion for reconsideration.

For these reasons, we lack jurisdiction over this application, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,* 06/11/2014
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*